**Michael DIXON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59355.**

Missouri Court of Appeals, Western District.

Jan. 29, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann E. Edgington, Asst. Atty. Gen., for Respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH, Judge, and EDWIN H. SMITH, Judge.

**ORDER**

Michael Dixon appeals the circuit court's judgment denying his motion for post-conviction relief. We affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Dwayne COLEMAN and Dwight Coleman, Appellants.**

**Nos. WD 59299, WD 59300.**

Missouri Court of Appeals, Western District.

Jan. 29, 2002.

Patrick T. Conroy, Clayton, MO, for appellants.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN, Judge and JOSEPH M. ELLIS, Judge.

***ORDER***

PER CURIAM.

Dwight and Dwayne Coleman appeal from their convictions for sale of a controlled substance, § 195.211. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).